

## — *PETITION FOR REDRESS OF GRIEVANCES* —

### TO THE OFFICES OF THE U.S. MAGISTRATE, U.S. ATTORNEY, AND FEDERAL BUREAU OF INVESTIGATION

**for presentation to the U.S. Grand Jury, Marshall, Supreme Court, House Judiciary Committee, Senate Judiciary Committee, and President**

VIA THE JUDICIAL DISTRICT OF __**Northern**__      } **Jurisdiction:** Common Law & Equity (commercial)
_____**Florida**_____ AT _____**Pensacola**_____   } **Ref:** 18 USC 241 & 242; 42 USC 1983, 1985, 1986

**UNITED STATES OF AMERICA**                )
    ex rel.: taken upon information provided by   )   Case Number $3:06cv\ 221/LAC/EMT$
_____**Kent Hovind**_____ , )
for __**Creation Science Evangelism**__ , )
           Plaintiff / Relator / Victim,    )    **CRIMINAL COMPLAINT,**
**VS.**                               )    **AFFIDAVIT AND**
**Donald Mayo, Rene Pelotte, Scott Hale**_____ , )    **BRIEF OF INFORMATION**
**Judy Hardy, Lynn Adams, Michael Godwin**____ , )
**Jim Reynolds, Trice Dukes,**_____ , )    Reference Cases:
**Verris "Mac" Magee, Leroy White**_____ , )
**Patrick Hope, Mike Batchelor**_____ , )    Florida v. Hovind; Escambia County Florida
**Curtis Golden, Christi Hankins**_____ , )    First Judicial Circuit Court
**Jessica L. Phillps, George H. Stopp,**_____ , )    Cause #2001 MM 026670 A
**Carol Brockman, Tiffany Simms**_____ , )    Cause #2001 MM 023489 A
**Jay Williams, Chuck Hughes**_____ , )
_____ , )    Escambia County v. Faith Baptist Fellowship
AND ANY UNKNOWN OTHERS          )    Escambia County Florida First Judicial Circuit
_____Defendants / Obligated Parties / Offenders.   )    Court Cause #2002 CA 000149 A

The above Defendants are accused of criminal *Conspiracy to Deprive Rights Under Color of Law*, in violation of the U.S. Constitution and laws that at least one of them has pledged to support and defend. The undersigned affiant relates all information in support of this complaint as follows:

On or about _____**March 29, 2001**_____, through _____**ONGOING**_____, in/at/near the City of ____**Pensacola**____, County of _____**Escambia**_____, State of _____**Florida**_____, and elsewhere, the above named Defendants <u>DID UNLAWFULLY</u> conspire to injure, oppress, threaten, intimidate and otherwise act under color of law by willfully subjecting the above named Relator/Victim to: ☒ <u>false arrest</u>, ☒ <u>false imprisonment</u>, ☒ <u>excessive use of force</u>, ☒ <u>malicious prosecution</u>, ☒ <u>maliciously clouding title</u>, ☒ <u>theft of property</u>, ☒ <u>mail fraud</u>, ☒ <u>threats by mail</u>, and other wrongs specified in the attached affidavit incorporated herein as part of this complaint. The commission, neglect, and refusal to prevent or aid in preventing the commission of such wrongful acts, constitutes deprivation of the free exercise and enjoyment of certain rights, privileges, and immunities that are secured and protected by the Constitution and laws of the United States.

Each and every Defendant is identified in the attached affidavit as to how they perpetrated crimes without excuse or justification and, in violation of the items circled, <u>COMMITTED AS FOLLOWS</u>:

THE FOLLOWING U.S. CONSTITUTIONAL PRECEPTS HAVE BEEN SIMPLIFIED AND CODED AS SHOWN IN THIS BOX:

| 101/OC-Obligation of Contracts | |
|---|---|
| Clause 1 | **AM14.1/EP**-Equal Protection |
| Section 10 | Section I |
| Article 1 | Amendment 14 |

**Each and every defendant did violate the following:** (Circle the number of each item that applies.)

## BASIC RIGHTS:

1. **AM1/FR** - No law shall be made limiting freedom of religion and how it is applied to life.
2. **AM6/AC** - "... the accused shall enjoy the right... to have the assistance of Counsel... "
3. **AM13.1/S, IS** - No law-abiding person shall be forced to do anything he does not want to do.
4. **AM1/FS** - No law shall limit my freedom of speech - I can say whatever I believe - especially if required (when someone requires me to tell the truth, the whole truth and nothing but the Truth ... ).
5. **AM1/FP** - No law shall limit freedom of the press; freedom to express ideas in writing or printing.

## HONEST FAIR AND EQUAL TREATMENT OF ALL:

6. **AM6/INF0** - The accused must be informed how, why, and for what he is being prosecuted.
7. **AM6/WA** - The accused must be confronted by all witnesses against him.
8. **AM6/WF** - The accused has the right to get all people or materials in his favor.
9. **AM6/PT** - The right of jail invokes the right to a public trial where friends may come to watch.
10. **AM5/IND** - No person shall be held to answer for any serious crime without a Grand Jury.
11. **AM14.1/CUS** - Persons are born or naturalized as U.S. subject citizens only with their full consent,
12. **AM14.1/CP, CI** - No state shall make or enforce any law limiting guaranteed rights.
13. **AM14.1/EP** - No State shall deny to anyone the equal protection of the laws.
14. **197/TN** - "No title of nobility shall be granted by the U.S.," to set anyone (Honor, Esquire, etc.) above the Common Man; therefore, everyone shall receive equal protection and restriction of law.
15. **101/TN** - "No state shall... grant any title of nobility,"set anyone (Honor, Esquire, etc.) above the Common Man, or deprive anyone of anything without equal protection and restriction of law.
16. **421/UP, UI** - People of each state can do anything that is allowed in any other state.
17. **411/ARP**- No state shall refuse to acknowledge the actions and records of other states.

## REASONABL E ENFORCEMENT OF LAW :

18. **AM4/PS** - No unwarranted searches or seizures of any person place or thing shall occur.
19. **AM4/W, PC** - No "Search Warrant" shall be acted upon without serving the written descriptive notice and supporting affidavit to the people being violated,
20. **101/OC** - No state shall pass any law impairing the obligation of contracts.

## DUE PROCESS (ACTION / REACTION THAT PROVIDES EQUAL JUSTICE FOR ALL):

21. **AM5/DP** - No person shall be deprived of anything without due process of law.
22. **AM14/DP** - No State shall deprive anyone of anything without due process of law.
23. **192/HC** - Further remedy to challenge the lawfulness of confinement (Writ of Habeas Corpus).
24. **322/SCA** - The right to bring an original or appellate petition to a higher court.

## REASONABLE GOVERNMENT BEHA VIOR AND CONTROL:

25. **193/XL** - No law shall be passed to punish for something done previously (no retroactive laws),
26. **101/XL** - No state shall pass any law to punish for something done previously (ex post facto).
27. **411/CPE** - Congress determines the effect of state legal processes.
28. **AM5/DJ** - No person shall suffer more than once for the same offense. (Double Jeopardy)
29. **101/TAC** - "No State shall enter into any Treaty, Alliance, or Confederation;' therefore, no state shall associate, collaborate or conspire to engage in the deprivation of any rights.
30. **101/LMR** - "No state shall... grant letters of marque and reprisal... 'therefore, no state shall declare or engage in acts of war (resort to force) against the rights of others.
31. **AM8/XB** - No excessive bail shall be required - bail shall be proportional to crime.
32. **AM8/XF** - No excessive fines shall be imposed - fines shall be proportional to crime.
33. **AM8/CP** - No cruel punishment (torture) shall be inflicted on anyone.
34. **AM8/UP** - No unusual punishment shall be inflicted - sentencing shall be consistent.

## PROTECTIONS AGAINST A SECRET GOVERNMENT - COMPELS HONESTY

35. **AM6/INFO, AM14.1/EP** - I may require as much in writing as is required of me.

36. **31 I/GB** - Judges may only hold office during good behavior (patient, dignified, courteous, etc.).

37. **AM7/JT** - All trials not involving the threat of jail, and involving over $20 shall be tried by jury.

38. **AW6/ST, PT** - All trials involving the threat of jail shall be speedy and public.

39. **323/JT** - All trials involving the threat of jail shall be by jury.

40. **323/TIS** - Trial must be in the state where the crime was committed.

41. **AM5/IJT** - A jury must impartially rule on facts; even ruling against any law they believe unfair.

42. **AM6/TWC** - A jury must be of the state and district where the crime was committed.

43. **AM6/DPA** - The trial district must be pre-established by law to insure a fair sampling of jurors.

44. **101/GS** Money is legal tender ONLY if it is made of, or exchangeable at a bank for, silver or gold.

45. **101/GS, TD** - No state shall make anything but silver or gold legal tender for payment of debts.

46. **101 /CM** - No state is allowed to coin or print money.

47. **101/EBC,** - No state is allowed to print anything to be used in the place of money.

48. **101/OC** - No State shall weaken the dollar bill's obligation to be exchangeable for silver or gold.

49. **185/CM** - Only Congress can coin money (not the Federal Reserve Bank),

50. **185NM** - Congress has valued money at 412.5 grains of standard silver (or equivalent gold) to the dollar.
    (Federal Reserve Notes don't promise silver or gold; they are unlawful and cannot be used in transactions
    with the Government; payment of taxes, bail, fees, fines, court costs, etc,).

51. **186/PC** - Printing money without lawful authorization is counterfeiting.

52. **431/NNS** - No independent or multi-jurisdictional governing agency shall be formed (or act) without the Consent
    of all Legislative Bodies involved.

53. **331/TAU** - No controlling agency shall belligerently harass anyone (mixed war / treason).

54. **111/SP** - Only Congress has the power to make laws.

55. **311/SP** - Only courts can decide punishments and rewards with regard to the law.

## PROTECTIONS AGAINST GOVERNMENT DOMINA TING YOUR LIFE

56. **AM5/WAH** - No one shall be forced to say or do anything for any reason that can be used against him.

57. **AM3/0S** - No public servant shall be housed on private property without consent of the owner, on public
    property without consent of the public, or in a lawful manner in time of war. (Quartering Soldiers]

58. **193/BA** -No person or group can make a law, judge on it, and punish under it for no wrong-doing.

59. **101/BA** - No state shall allow any person or group to make a *law*, judge on it, and punish under it for no wrong-
    doing. (Bill of Pains and Penalties)

## IF SOMETHING IS WRONG, GOVERNMENT MUST DO SOMETHING ABOUT IT

60. **AM14.4/PDO** - No public debt or obligation (taxes, fines, fees, penalties, bills, etc.) shall be assumed or ,paid
    for unlawful proposes.

61. **196/NUW** - No money may be withdrawn from the Public Treasury for unlawful purposes.

62. **197/EOT** - No one in public office shall receive any personal gain from a foreign jurisdiction.

63. **AM16/TX -** Congress has the power to lay and collect certain taxes for lawful purposes.

64. **AM5/JC** - No one shall give up or lose anything for public gain without just compensation.

65. **AMI/PA, RG** - No law shall restrict peaceable assembly to ask Government to respect rights.

66. **AM24/VPT** - The right to vote may not be denied to anyone because they fail to pay taxes,

67. **AM9/ER** - Rights are innumerable and shall be retained by the people at large.

68. **AMIO/PR** - All government power comes from the consent of the people governed.

69. **411/GRG** - The U.S. guarantees a system of laws to protect the majority AND minority.

70. **612/SL** - The Constitution for the Untied States of America, along with its conforming Laws and Treaties, is
    supreme over the Constitution or Laws of any State.

71. **613/B0** - All lawmakers, court officials, and enforcement/executive officers are to be bound by Oath or Aff
    irmation to support the Constitution for the United States of America.

72. **218/OATH -** The President is to be bound by Oath or Affirmation to "faithfully execute" his office and to
    "preserve, protect and defend the Constitution of the United States."

73. **231/GX** - The President "shall take Care that the Laws be faithfully executed [enforced]."

74. **612/JB** - All judges are bound to support U.S. Constitution over any State Constitution or Laws.

75. **441/PAI** - The U.S. shall protect against any attack upon rights of the majority AND minority.

76. **441/PADV** - The U.S. shall protect against local attack upon rights of the majority AND minority.

77. **AM2/KBA** - The right of people to keep and bear arms shall never be limited.

78. **AM14.3/HO, IR** - No person shall hold office if he violates his oath of office or commits treason.

79. **321/JUC** - U.S. judicial power extends to all cases involving its Constitution, Laws or Treaties.

80. **321/JUP** - U.S. judicial power extends to any case involving the United States as a party.

## TITLE 18 SECTION 241 (18 USC 241) - CONSPIRACY AGAINST THE RIGHTS OF CITIZENS;

If two or more persons conspire to injure, oppress, threaten, or intimidate any citizen in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or if two or more persons go in disguise on the highway or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured , - they shall be fined not more than $10,000 or imprisoned not more than 10 years or both: and if death results they shall be subject to imprisonment for any term of years or for life.

## TITLE 18 SECTION 242 (18 USC 242) - DEPRIVATION OF RIGHTS UNDER COLOR OF LAW,

Whoever, under color of any law, statute, ordinance, regulation, or custom, wilfully subjects any inhabitant of any State, Territory, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such inhabitant being an alien, or reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined not more than $1,000 or imprisoned not more than one year, or both; and if death results shall be subject to imprisonment for any term of years or for life.

THEREFORE, it is incumbent upon the United States of America to prosecute for fraud (drawing a wage for disservice), misprision (misuse of public office), and other criminal acts described herein.

### Ledger of Obligation

THE COMMERCIAL VALUE FOR EACH COUNT OF THIS COMPLAINT IS $ 10, 0 0 0

TIMES THE NUMBER OF COUNTS CIRCLED IN THIS COMPLAINT     x     _____ *38*

=     *3 30, 000*

TIMES THE NUMBER OF KNOWN CONSPIRATORS INVOLVED     x     _____ *20*

TOTAL FINE DUE BOTH JOINTLY AND SEVERELY     = $_____ *7, 600, 000*

( *Seven million six hundred thousand and* ⁻⁻/₁₀₀ — **DOLLARS**)

## THIS COMPLAINT IS AN AFFIDAVIT OF OBLIGATION IN THE NORMAL COMMERCIAL SENSE AND AS SUCH IS A SECURITY REPRESENTING ACCOUNTS RECEIVABLE.

On this the ___ *17 th* ___ day of ___ *May* ___, in the year of our Lord ___ *2026* ___, before the undersigned witnesses in/at ___ *Pensacola, Florida* ___, the undersigned Affiant acknowledges the foregoing to be true, correct and certain, materially complete, relevant and not misleading; accuses the above named defendants of having committed the above offenses contrary to law, and in violation of their pledge to the U.S. Constitution; and hereby declares them to be under arrest, the actual physical arrest to be made by a U.S. Marshall (See Title 42, Sections 1983 -1989). **ANYONE MAKING AN ARREST HAS ALL THE POWER AND PROTECTION OF LAW THAT ANY PEACE OFFICER WOULD HAVE (10I/TN, EP, 197/TN,EP).**

Complainant/Relator/Affiant

Mail c/o:     *Kent Hovind*

Witness     *Susan Dobinsm* , Witness     *Ellen Stell*

(Please print name below each signature)
Although this affidavit does not need to be notarized,
a notary public may join the other witnesses.

_____
Notary Public as Amicus Curiae (optional)

# ABATEMENT / COUNTER-CLAIM

**Foreign Plea in Abatement**

2001 MM 026670A

1. **To the jurisdiction of the** *ESCAMBIA COUNTY CIRCUIT* Court; in Cause No. 2001 MM 023489A ,
   Case Name or Incident No. *FLORIDA vs HOVIND*

2. **To the disability of the person of the Plaintiff**; as Counter-forfeiture Defendant/Obligated
   Party; City/County/State/Country/Other: *STATE OF FLORIDA, COUNTY OF ESCAMBIA,*
   by and through their Agents, or others, who are also Counter-forfeiture Defendants/Obligated
   Parties in their personal capacities, whether as Law Enforcement, Prosecutor, or other
   Suborner / Offender: *STATE'S ATTORNEY CURTIS GOLDEN, ASSISTANT STATE'S*
   *ATTORNEYS: CHRISTI HANCINS, JESSICA L. PHILLIPS, GEORGE H. STOPP,*
   *DICKEY, KINSEY, BROCKMAN*

3. **To the disability of the person of the Defendant; I**, the claimant, *KENT HOVIND* ,
   am not a Defendant but an Injured Party in this Counter-forfeiture Action for reasons stated herein;

4. **And to the form of the writ:** *SUMMONS — NOTICE TO APPEAR — CITATION* ,
   after considering the legal advice and instruction given me by: *ABOVE NAMED PARTIES*
   I hereby enter a plea of **Subornation of False Muster**, which must be cured as explained on page 2.

### Counter-forfeiture Claim for Damages

Certain action and/or neglect by the above named obligated parties has caused damage for which
I am seeking restitution by reimbursement of expenses and restoration of property in the same or
better condition than it was when taken. A complete description and itemization is contained in
the attached affidavit, Memorandum of Fact, Agreement, and Law. If such action or neglect
continues, or no good faith response is made within *30* days, I will file a complaint for
*Conspiracy to Deprive Rights Under Color of Law.*

NOTICE: THIS IS AN OFFICIAL COUNTER-FORFEITURE CLAIM FOR DAMAGES AGAINST
THE ABOVE NAMED DEFENDANTS / OBLIGATED PARTIES, AS WELL AS A NOTICE OF
INTENT TO LIEN, AND IS INTENDED TO MEET ALL NOTICE REQUIREMENTS FOR
ADDITIONAL LAWFUL ACTION AGAINST LIABILITY DAMAGE SHOULD FURTHER
PURSUIT BECOME NECESSARY.

This affiant acknowledges that the foregoing, and page two following, are true, correct and certain,
materially complete, relevant and not misleading on the *21* day of *DEC* , in the year of our
Lord *2003*, in/at *ESCAMBIA CO , FLORIDA* , before the undersigned witnesses.

_____          _____          *Martha A Harris*
Affiant/Claimant                  Witness                       Witness *Martha A. Harris*
send mail c/o:                    *THOMAS J. KLINGMAN*
                                  (Please print name below each signature.)

The undersigned declares that, on the _____ day of _____, in the year of our Lord _____ :

≡ ACKNOWLEDGMENT OF SERVICE: receipt of a copy of this entire document was acknowledged by/for:
≡ PROOF OF SERVICE; I personally served a copy of this entire document on:
≡ PROOF OF MAILING; I deposited a copy of this entire document with the USPS in a sealed envelope, first class
   postage paid and addressed to:
1. **Risk Management / Loss Control:** _____
2. **Law Enforcement Office:** _____
3. **Attorney for Plaintiff:** _____
4. **Court Records Clerk:** _____
5. **Court Judge:** _____

                                        *Kent Hovind*
                                        signature                              Date:

Page 1 of 2
Abatement: Remedies at Law ' 1997 (Rev . 12/22/02)

# ABATEMENT / COUNTER-CLAIM (Page 2)

### Notice of Want of Jurisdiction

No jurisdiction of law has been declared, and my jurisdictional challenge is hereby being made known to the judge who, along with other participants, may become personally liable for Deprivation of Rights Under Color of Law. Any authority exercised under this "want of jurisdiction" is usurped authority and no excuse is permissible. Attention is called to this principle as expressed in <u>Bradley v. Fisher</u>; 13 Wall 335, 352. It is more recently found in <u>Rhodes v. Houston</u>; 202 Fed. Supp. 624 at 630, . . . where an act is done in the clear absence of all jurisdiction and this is known to the judge, there is no immunity.   The summary of <u>Johnson v. MacCox</u>, 278 F 2d 37, (9th Cir., 1960) states at 37, Where a judicial officer does not act [properly] in the clear absence of all jurisdiction and knows of the absence of such jurisdiction, his judicial immunity is pierced.

### Acknowledgments of Rights and Responsibilities

I expect a judicial officer involved in this matter to inform me of my rights, and protect those rights, at every stage of any and all proceedings. I understand that my rights, whatever they are, arise out of the duties and responsibilities that I have with respect to my position and function in life. By my pledge of allegiance to the jurisdictional authority of the church, I have received a commission from the constant source of my life to go out into the highways and byways, and at all times do unto others as I would have others do unto me.

### Sui Juris Request for Assistance of Counsel

I cannot afford counsel and will need public funds for obtaining the services of competent, active, zealous, and effective "assistance of Counsel." Although I am quite capable of handling my own affairs (sui juris), and will not be represented by an attorney, I am not legally competent to represent myself your foreign courts and would be foolish to attempt it. Consequently, I am not "Pro Se," never intend to be, and any appearance to the contrary could only be imposed upon me against my will or without my informed consent and therefore not valid.

### Demand for Due Process and How Defects Must Be Cured

I demand all of my rights at all times, do not waive any of my rights at any time, including my time. I intend to speak, answer, and at all times make all decisions pertaining to myself and handle my affairs directly and not through agency, unless and until specifically and expressly so stated otherwise. Consequently, I could not have made nor can I make an appearance in this case, special or otherwise, prior to or during the pendency of this abatement, whether personally or through agency; nor enter a plea at bar. Any appearance to the contrary could only be imposed upon me against my will or without my informed consent and therefore not valid.

I will need to be informed of the nature and cause of the accusation and need to be confronted with witnesses against me before being expected to participate. I will also need positive identification of the Plaintiff, of my accuser, and of all of their representatives, along with a complete copy of all communication made, including but not limited to any notes, memoranda, or correspondence to or from all participants in this matter.

Therefore, please provide me with any and all information that exists, whether for or against me, along with a list verifying precisely what information has been, what is being, what is expected to be, and what will not be provided to me; so that I will be able to give a reasonable answer for my actions and be able to hold others accountable for theirs. This includes, but is not necessarily limited to the following particulars:

1.   What jurisdiction of law is being used?  If Common Law, identify the injured party; if Equity, the nexus (i.e. contract); if Admiralty, the port of entry, commission or enlistment.
2.   Exactly who is the Plaintiff/Prosecutor that is charging me with a violation?  If an artificial person, please provide proof of solvency, liability bonding and insurance information.
3.   What have I been accused of?  Identify the specific subsection, part and clause of whatever it is I am being accused of violating and explain how it applies to me.
4.   Upon whose information is this action being brought?  Name and identify my accusers (the ex rel), with their commercial identification (i.e. dates of birth and Social Security numbers).

Without all of the above and other information and conditions that are required by law having been met, I have no reasonable way of knowing what all of my options are, whether I should enter a plea other than this one, what witnesses I may need, if any, or what else I should provide or do in response. For this cause, I refuse all proceedings and presentments, demand a discontinuance of any further action against me, and request prompt payment of my Counter-forfeiture Action claim for damages.

Page 2 of 2

Initials of Affiant/Claimant

December 21, 2003

Mike Rollo
Attorney at Law
Address
Pensacola, Florida xxxxx        Phone 850 438 8165

Re:    Florida v. Hovind, Case Numbers 2001 MM 023489 A, 2002 MM 026670 A

Dear Mr. Rollo:

I wish to thank you for helping me during this ordeal. The purpose of this letter to advise you of my convictions and decision with regard to the ongoing matter with the state of Florida. As a member of the body of Christ I have been advised by Church counsel that it is impossible for a Churchman to be represented by an officer of the court. I do not and never had the authority to authorize you to represent me as attorney of record in this matter. However, I wish to request that you continue to provide me with "assistance of Counsel" as defined in the Sixth Amendment to the Constitution for the United States of America.

I intend to speak in court when I decide it necessary to give an answer, and at all times make decisions pertaining to myself and handle my affairs directly and not through agency, until and unless specifically and expressly so stated otherwise. I am not hereby so stating otherwise. No decisions may be made or action taken on my behalf without my approval and direction. Your participation implies a Pledge of Loyalty that, while you are my assistance of Counsel, your loyalties in this matter are wholly towards me and that you have no conflicting loyalties to anyone else but me. I forbid you to communicate with any members of the Plaintiff or officers of the Court about this case without my direct instruction and/or supervision. If you are either unable or unwilling to provide me with assistance in this case, as outlined above, please advise.

Among the most pressing of the things that I am requesting in my abatement being filed today are:
1.    Assistance of Counsel (I cannot afford counsel and cannot represent myself)
2.    Speedy due process of law (I have not waived the right to trial by jury)
3.    Notice of what jurisdiction of law is being invoked (common law/equity/admiralty)
4.    Notice of what I am being accused of and how it applies to me
5.    Information on witnesses against me (positive identification of my accusers)
6.    Full Discovery and Bill of Particulars
7.    Answer to my counter-claim for damages

Sincerely,

Kent Hovind

Enc:    Abatement/CounterClaim

# AFFIDAVIT

The undersigned Affiant states as follows:

*(Number each point)*

1. This affidavit is in lieu of a Memorandum of Fact, Agreement & Law that must accompany an Abatement/CounterClaim that is being sent in response to an action being taken against me. I am preparing the Memorandum of Fact, Agreement & Law as a complete categorical statement of fact and that will be soon forthcoming.

2. I am a member of the body of Christ and actively involved in lecturing and debating on issues of creation and evolution at various universities and other locations around the country and in other countries as well.

3. During the time frame of the allegations, our Church ministry was Faith Baptist Fellowship under the headship and authority of Pastor Richard Mooneyhan.

4. On May 9th, 2001 I was arrested. I advised the officer who came to arrest me and issue the citations that I was not the individual responsible for making these decisions. I also advised them that I was not the authority figure he should be talking to regarding their concerns pertaining to this matter.

5. It is Pastor Mooneyhan's position that the Church ministry not obtain any license or permit nor pay any fees to the state. This was based upon our deeply held religious convictions in the Word of God regarding separation of church and state and biblical delegation of authority within the Church.

6. It was and remains my assertion that I was and continue to be unlawfully arrested and prosecuted in this matter. I was not the one responsible for obtaining or refusing to obtain a building permit for property owned by the Church.

*- Verification below is only necessary on the last page -*

This Affiant acknowledges that the foregoing, and page two following, are true, correct and certain, materially complete, relevant and not misleading on the __22nd__ day of __December__, in the year of our Lord __2003__, in/at __Pensacola__, __Florida__, before the undersigned witnesses.

Affiant/Claimant  KENT
Mail c/o:  Hovind

Witness
THOMAS KLINGMAN

Witness
Martha A. Harris

PRINT NAME BELOW EACH SIGNATURE

Page __1__ of __1__

Remedies at Law form: MEMORANDUM (Rev. 4/9/98)

*Extra Copy*

# ABATEMENT / COUNTER-CLAIM

**Foreign Plea in Abatement**

1. **To the jurisdiction of the Escambia County Circuit Court;** in Cause No. 2001 MM 023489 A, 2002 MM 026670 A  Case Name or Incident No. Florida vs. Hovind
2. **To the disability of the person of the Plaintiff;** as Counter-forfeiture Defendant/Obligated Party; City/County/State/Country/Other:STATE OF FLORIDA, COUNTY OF Escambia _____ by and through their Agents, or others, who are also Counter-forfeiture Defendants/Obligated Parties in their personal capacities, whether as Law Enforcement, Prosecutor, or other Suborner / Offender: State's Attorney, Curtis Golden; Assistant State's Attorneys, Christi Hankins, Carol Brockman; Renee Pelotte, Code Enforcement Officer; Scott Hale Assistant to Renee Pelotte.
3. **To the disability of the person of the Defendant;** I, the claimant, Kent E Hovind , am not a Defendant but an Injured Party in this Counter-forfeiture Action for reasons stated herein;
4. **And to the form of the writ:** SUMMONS - NOTICE TO APPEAR - CITATION , after considering the legal advice and instruction given me by: __above named obligated parties__ I hereby enter a plea of **Subornation of False Muster**, which must be cured as explained on page 2.

**Counter-forfeiture Claim for Damages**

Certain action and/or neglect by the above named obligated parties has caused damage for which I am seeking restitution by reimbursement of expenses and restoration of property in the same or better condition than it was when taken. A complete description and itemization is contained in the attached affidavit, Memorandum of Fact, Agreement, and Law. If such action or neglect continues, or no good faith response is made within 3 days, I will file a criminal complaint for *Conspiracy to Deprive Rights Under Color of Law*.

NOTICE: THIS IS AN OFFICIAL COUNTER-FORFEITURE CLAIM FOR DAMAGES AGAINST THE ABOVE NAMED DEFENDANTS / OBLIGATED PARTIES, AS WELL AS A NOTICE OF INTENT TO LIEN, AND IS INTENDED TO MEET ALL NOTICE REQUIREMENTS FOR ADDITIONAL LAWFUL ACTION AGAINST LIABILITY DAMAGE SHOULD FURTHER PURSUIT BECOME NECESSARY.

This affiant acknowledges that the foregoing, and page two following, are true, correct and certain, materially complete, relevant and not misleading on the 26 day of Feb , in the year of our Lord 2004, in/at Pensacula, Florida , before the undersigned witnesses.

Affiant/Claimant
send mail c/o:

Kent Hovind 2-26-04

KENT HOVIND

Witness

Martha A. Harris
Martha A. Harris
2/26/04

Witness

Beverly J Chambers
Beverly J. Chambers
2/26/04

## ABATEMENT / COUNTER-CLAIM (Page 2)

### Notice of Want of Jurisdiction

No jurisdiction of law has been declared, and my jurisdictional challenge is hereby being made known to the judge who, along with other participants, may become personally liable for *Deprivation of Rights Under Color of Law*. Any authority exercised under this "want of jurisdiction" is usurped authority and no excuse is permissible. Attention is called to this principle as expressed in Bradley v. Fisher; 13 Wall 335, 352. It is more recently found in Rhodes v. Houston; 202 Fed. Supp. 624 at 630, . . . where an act is done in the clear absence of all jurisdiction and this is known to the judge, there is no immunity. The summary of Johnson v. MacCox, 278 F 2d 37, (9th Cir., 1960) states at 37, Where a judicial officer does not act [properly] in the clear absence of all jurisdiction and knows of the absence of such jurisdiction, his judicial immunity is pierced.

### Acknowledgments of Rights and Responsibilities

I expect a judicial officer involved in this matter to inform me of my rights, and protect those rights, at every stage of any and all proceedings. I understand that my rights, whatever they are, arise out of the duties and responsibilities that I have with respect to my position and function in life. By my pledge of allegiance to the jurisdictional authority of the church, I have received a commission from the constant source of my life to go out into the highways and byways, and at all times do unto others as I would have others do unto me.

### Sui Juris Request for Assistance of Counsel

I cannot afford counsel and will need public funds for obtaining the services of competent, active, zealous, and effective "assistance of Counsel." Although I am capable of handling my own affairs (sui juris), and will not be represented by an attorney, I am not legally competent to represent myself in foreign courts and would be foolish to attempt it. Consequently, I am not "Pro Se," never intend to be, and any appearance to the contrary could only be imposed upon me against my will or without my informed consent and therefore not valid.

### Demand for Due Process and How Defects Must Be Cured

I demand all of my rights at all times, do not waive any of my rights at any time, including my time. I intend to speak, answer, and at all times make all decisions pertaining to myself and handle my affairs directly and not through agency, unless and until specifically and expressly so stated otherwise. Consequently, I could not have made nor can I make an appearance in this case, special or otherwise, prior to or during the pendency of this abatement, whether personally or through agency; nor enter a plea at bar. Any appearance to the contrary could only be imposed upon me against my will or without my informed consent and therefore not valid.

I will need to be informed of the nature and cause of the accusation and need to be confronted with witnesses against me before being expected to participate. I will also need positive identification of the Plaintiff, of my accuser, and of all of their representatives, along with a complete copy of all communication made, including but not limited to  ᵓ any notes, memoranda, or correspondence to or from all participants in this matter.

Therefore, please provide me with any and all information that exists, whether for or against me, along with a list  ᵓ verifying precisely what information has been, what is being, what is expected to be, and what will not be provided to me; so that I will be able to give a reasonable answer for my actions and be able to hold others accountable for theirs. This includes, but is not necessarily limited to the following particulars:

1. What jurisdiction of law is being used? If Common Law, identify the injured party; if Equity, the nexus (i.e. contract); if Admiralty, the port of entry, commission or enlistment.  *STATUTORY.* ᵓADMIR-
2. Exactly who is the Plaintiff/Prosecutor that is charging me with a violation? If an artificial person, please provide proof of solvency, liability bonding and insurance information. *BELONG TO THEM SHOWS HID ME.*
3. What have I been accused of? Identify the specific subsection, part and clause of whatever it is I am being accused of violating and explain how it applies to me.
4. Upon whose information is this action being brought? Name and identify my accusers (the ex rel), with their commercial identification (i.e. dates of birth and Social Security numbers).

Without all of the above and other information and conditions that are required by law having been met, I have no reasonable way of knowing what all of my options are, whether I should enter a plea other than this one, what witnesses I may need, if any, or what else I should provide or do in response. For this cause, I refuse all proceedings and presentments, demand a discontinuance of any further action against me, and request prompt payment of my Counter-forfeiture Action claim for damages.

Page 2 of 2     Initials of Affiant/Claimant

# MEMORANDUM OF FACT, AGREEMENT, AND LAW

The undersigned Affiant makes the following Categorical Statement of Fact by this Affidavit: *(Number each point)*

1. The Abatement / Counterclaim which this affidavit is in support of is a supplemental filing to the initial Abatement / Counterclaim which was filed in Escambia County Court, on 22nd December, 2003. The initial Abatement / Counterclaim was filed missing its supporting affidavit due to an administrative error on my part.

2. At the time of the incident described below, the Church ministry functioned under the name Faith Baptist Fellowship. Pastor Richard Mooneyhan was the head and authority for all Church operations and legal responsibility.

3. On March 29, 2001, I, Kent Hovind, was attending to duties as an elder under the jurisdictional authority of Pastor Mooneyhan at the Church property. I was called to one of the ministry offices to speak with two people who identified themselves as Ms. Rene Pelotte, and Scott Hale, from the Escambia County code enforcement department.

4. As I arrived at the office, I observed Ms. Pelotte and her assistant Scott Hale talking with one of the younger ministry staff regarding a permit for a metal building located on the property. I informed Ms. Pelotte that I was not the pastor and we were unable to answer her questions. I then directed her to contact Pastor Mooneyhan with any questions about her concerns.

5. I further informed them that they were trespassing on church property, in their official capacity, in direct violation of the "NOTICE" that was publicly and conspicuously posted at the entrance to the property. That notice specifically mentions "INSPECTORS." I escorted them to the office and made a photocopy (Attachment "A") of the publicly posted notice for them to take with them.

6. Ms. Pelotte advised me that the Church must obtain a building permit and I told her, once again, that she would have to talk to the pastor who was responsible for these matters, as I had no authority to make decisions on such issues.

7. I reminded her again that they were talking to the wrong person and that Pastor Mooneyhan was the person they would need to speak with if they had any questions

concerning the property. I then gave Ms. Pelotte a copy of the posted notice and directed her and her assistant to leave which they did.

8. It is Pastor Mooneyhan's position that the Church ministry cannot obtain any license or permit nor pay any fees to the state. This is based on his deeply held religious convictions regarding the Word of God, the separation of church and state and the biblical delegation of authority within the Church. This is clearly expressed by Pastor Mooneyhan in his affidavit. (Attachment "B")

9. A few days later, April 4th 2001, Ms. Pelotte and Scott Hale came back onto the church property again in direct violation of the Church ministry's clearly posted notice. They walked into the office where I was working. She then handed me papers and told me that I must contact their office within 72 hours. I told her, once again, I was not the pastor and therefore could not sign her papers and furthermore was not responsible for these things, which she had been told repetitively. Ms. Pelotte and Scott Hale then left.

10. At no time did she tell me that I was or would be subject to any civil or criminal penalty for failing to sign her papers nor was I provided anything about this in writing.

11. I called them within 72 hours requesting a hearing on this matter then sent a letter on May 10th, 2001 to the Escambia County Building Inspections department (Attachment "C"), but my requests were ignored. I then sent a 2nd letter to the Escambia County Competency Board on May 22nd, 2001. (Attachment "D") The only thing I heard about the matter was a call on May 9th, 2001, from the Sheriff telling me that a warrant had been issued by Judge Patricia Kinsey for my arrest! As an elder in the Church, I am a preacher of the gospel of the Lord Jesus Christ and had never been arrested for any reason in my life. On May 9th, 2001, I voluntarily went to the jail, posted a $5,000 bond (Attachment "E") and went home.

12. On June 6th 2001, Pastor Mooneyhan asked me to accompany him at his meeting with county officials (Donald Mayo, Judy Hardy, Lynn Adams, Renee Pelotte, Michael Godwin, contractor competency board members: Jim Reynolds, Trice Dukes, Verris "Mac" Magee, Leroy White, Patrick Hope, Mike Batchelor, an independent court reporter, Linda V. Crowe. I agreed and went with him to the

meeting. During their hearing it was my assertion that I was unlawfully arrested, charged and prosecuted in this matter. I was never the one responsible for obtaining or refusing to obtain a building permit for property owned by the Church.

13. According to the statements made on the record during the County's Competency Board Hearing, Renee Pelotte stated, starting line #8, pg 6 of the hearing transcript, (Attachment "F") "At that time we contacted the son of Mr. Kent Hovind, Eric Hovind, .... He advised us to call Pastor Mooneyhan. At that time he called Pastor Mooneyhan for us. Pastor Mooneyhan at that time allowed us to go and look at the building."

14. Ms. Pelotte further stated on the record, starting line #4, pg 7 (Attachment "G") "When we went out there, we talked with Mr. Kent Hovind. He advised us that if we had any questions we needed to contact Pastor Mooneyhan, he could not answer anything for us."

15. Ms. Pelotte falsely stated on the record, starting line #7, pg 7, (Attachment "G") that she "...gave him 72 hours to at least start the process.... After 72 hours nothing had been obtained, no efforts." Ms. Pelotte's paperwork entitled "VIOLATION NOTICE" (Attachment "H") was addressed to no-one and the space for identifying the owner was left blank. The space for the "Respondent" signature was marked "left at property." In fact, I did "at least start the process" by passing along her paperwork to the responsible party, Pastor Mooneyhan who secured a response (Attachment "I") from the board of elders which was sent within 72 hours and acknowledged as received by Ms. Pelotte in her statement at line #12, pg 7, of the transcript. (Attachment "G")

16. Ms. Pelotte statement on the record clearly indicates that she continued to trespass upon the Church's property, accompanied by Scott Hale, by returning again on 4 April, 2001, without permission or appointment, for the purpose of issuing a $50 citation (Attachment "J") to Kent Hovind for unpermitted construction. This was despite the clearly established record by her own statements, as outlined with supporting evidence herein, that she knew I was not the person responsible and had been told this repeatedly.

17. Ms. Pelotte falsely made the certified statement under color of her official capacity on the "CITATION" No. 1211, (Attachment "J") that she personally observed Kent E. Hovind at 1400 hrs, engaged in unpermitted construction of a metal structure on the property located at 29 Cummins Road, Pensacola, Florida.

18. I was not on the property at 1400 hrs due to a previously scheduled speaking engagement at Jefferson County High School, Monticello, Florida, which is a 3.5 hour drive from Pensacola, Florida. My secretary's calendar schedule reflects my appointment. (Attachment "K") I couldn't possibly have engaged in any construction, at the time, she falsely claimed to have observed me doing so; due to my speaking engagement and the necessary preparations for travel and travel time requiring me to leave Pensacola no later than 1400 hrs. I spent a couple of hours prior to my departure preparing for my trip as is always the case when I travel.

19. Furthermore her "REASONABLE CAUSE SUMMARY" on the "CITATION" clearly indicates her awareness that I was not the subject of her exchange on 14 November, 2000. She did not interact with me at all and her summary mentions her dealings with two other people instead.

20. I have been and continue to be unlawfully arrested, charged and prosecuted in this matter. I was never the one responsible for obtaining or refusing to obtain a building permit for property owned by the Church.

## *Restitution Sought*

21. The costs I have incurred in this wrongful action exceed $35,000 to date.

## *Itemization of Costs*

22. The following amount is my actual out of pocket expenses and costs incurred as a result of this wrongful action taken by each of the named, obligated parties in my abatement. I expect full reimbursement to be made by each of the named , obligated parties in both their official and personal capacities, their spouses, their estates and their successors, jointy and severally. Legal excpenses: $34,000.00. Gas; $135.00

Postage and courier fees: Telephone and Fax charges: Bond money still held by county: $1,500.00 Total Amount owed: $35,000.

## NOTICE: Less Stringent Standards for Non-Attorney

Please take judicial notice that according to Haines v. Kerner, 404 U.S. 519-421 - non-attorney litigants are held to less stringent standards than bar licensed attorneys; Platsky v. C.I.A., 953 F.2d. 26 (2nd Cir. 1991) - court errs if court dismisses the pleadings of a non-attorney litigant without instruction of how pleadings are deficient and how to repair pleadings; and Anastasoff v. United States, 233 F.3rd. 898 (8th Cir. 2000) - All litigants have a constitutionally-secured right to have their claims adjudicated according to the rule of precedent. Although this case is not any of the above-cited cases nor am I a litigant/defendant, the less stringent standard still applies.

This Affiant acknowledges that the foregoing four pages are true, correct and certain, materially complete, relevant and not misleading on the 26th day of February, 2004 in/at Pensacola, Florida, before the undersigned witnesses.

Affiant/Claimant
KENT HOVIND

Witness
Martha A Hairis's
2/26/04

Witness
Rita I. Gary  2/26/04

## Attachment "A"

### POSTED-NOTICE

# *This Property is Private Property*
# NO TRESPASSING

## SPECIAL NOTICE TO LOCAL, STATE AND FEDERAL GOVERNMENT AGENTS, EMPLOYEES, AND INSPECTORS

### PERMISSION TO ENTER THESE PREMISES IS HEREBY SPECIFICALLY DENIED WITHOUT PRIOR WRITTEN CONSENT.

Constitutional principles of government and laws of sovereignty immunity recognizes the right of a property owner to bar governmental agents, including inspectors purporting to be carrying out "Police Power" functions to protect public health, from his property ABSENT A FOURTH AMENDMENT WARRANT OR COURT ORDER!!

SPECIAL LEGAL NOTICE: Governmental officers who otherwise may have absolute immunity from tort liability, may nonetheless be held liable for damages for the tort of trespass.

### GOVERNMENTAL AGENTS ARE NOT PERMITTED TO COMMIT TRESPASSES IN VIOLATION OF PROPERTY RIGHTS.
### [Bates v. Clark, 95 US 204 (1877)].

### ***NO WEAPONS OF ANY KIND MAY BE BROUGHT ON THIS PROPERTY. SMALL CHILDREN LIVE HERE AND FOR THEIR PROTECTION THIS PROHIBITION IS STRICTLY ENFORCED!!

# PUBLIC OFFICIAL TAKE HEED !!!
## CONSTRUCTIVE NOTICE
*WARNING IS MADE TO YOU IF YOU CONTINUE YOU WILL VIOLATE*
## GOOD FAITH IMMUNITY !
**42 USC ALLOWS A CITIZEN TO ENFORCE THE OBLIGATION OF CONTRACTS WITHOUT OBSTRUCTION OF ANY OFFICIALS USE OF STATUE, REGULATION, OR ORDINANCE.**

**18 usc & 241, 242, 1001, AND 3572 STRIPS IMMUNITY OF SAID PUBLIC OFFICIAL IN AN ATTEMPT TO DEPRIVE THAT RIGHT**

**PUBLIC OFFICIAL IN VIOLATION FACES FELONY PENALTIES OF UP TO $250,000.00 AND UP TO 10 YEARS IN PRISON!**

*MEMORANDUM OF FACT, AGREEMENT, AND LAW*                                    Pg. 6

*Attachment B*

# MEMORANDUM OF FACT, AGREEMENT, AND LAW

The undersigned Affiant makes the following Categorical Statement of Fact by this Affidavit:

1. As Sr. Pastor of Faith Baptist Fellowship, I am responsible for the administration of the property owned and under the direction of the Church.
2. Dr. Kent Hovind, as Administrator of Creation Science Evangelism, a ministry of Faith Baptist Fellowship, is under the direction of the Sr. Pastor.
3. Faith Baptist Fellowship, an Independent-local-New-Testament Church, is not incorporated, is not an un-incorporated association, and cannot subject the jurisdiction of the Church to any authority other than the Head of the Church, the Lord Jesus Christ. Pursuant to traditional Ana-Baptist Doctrine, protected by the First Amendment to the Constitution of the united States, submitting to any governmental authority, such as zoning and permitting agencies, places the Church under their authority and recognizes a higher jurisdiction than Jesus Christ.

Therefore, as Sr. Pastor of Faith Baptist Fellowship, I have directed Dr. Kent Hovind to refer all government agencies to contact me, Pastor Richard Mooneyhan, concerning any and all circumstances regarding zoning and permitting, and recording of property.

Escambia County tax records show Faith Baptist Fellowship property not on taxable rolls, and Dr. Kent Hovind as Trustee only, to act as an agent for the church concerning property acquisition and transfer procedures. He is under the leadership and direction of the Sr. Pastor and must follow the Church guidelines in regards to doctrinal positions, as mentioned and stated above.

This Affiant acknowledges that the foregoing, and page two following, are true, correct and certain, materially complete, relevant and not misleading on the 24th day of *Feb*, in the year of our Lord 2004, in/at *Ocala*, *Florida*, before the undersigned witnesses.

Affiant/Claimant
Richard Mooneyhan

Witness
Vernon M. Roberts

Witness
Rhonda Kelly

Mail c/o:

PRINT NAME BELOW EACH SIGNATURE

Page 1 of 1

*Attachment "C"*

Faith Baptist Fellowship
c/o 29 Cummings Road
Pensacola, FL 32503

May 10, 2001

Escambia County Building
 Inspections Department
3300 N. Pace Blvd. Suite 300
Pensacola, FL  32505

TO WHOM IT MAY CONCERN:

An administrative hearing is hereby requested regarding
Citation #2041, issued on 3/29/01.

Sincerely,

Elder Kent Hovind
For Faith Baptist Fellowship

*Attachment "D"*

Faith Baptist Fellowship
c/o 29 Cummings Road
Pensacola, FL  32503
(850) 479-3466

May 22, 2001

Escambia County Competency Board
Pensacola, FL

FAX:  595-3401

TO WHOM IT MAY CONCERN:

This letter is our formal request to be heard at the Competency
Board Meeting on June 6, 2001 regarding Citation #1211.

Sincerely,

*Martha A. Harris*

Elder Kent Hovind
For Faith Baptist Fellowship

Attachment "E"

CASH APPEARANCE BOND

56609

STATE OF FLORIDA
COUNTY OF ESCAMBIA

KNOW ALL MEN BY THESE PRESENT THAT I, _____ KENT E. HOVIND _____ of Escambia County, Florida, the sum of
have deposited with the _____ CLERK OF THE COURT _____ Dollars ($ 5,000. )
FIVE THOUSAND _____ 00/100 _____ Defendant
as security for the appearance of _____ KENT E. HOVIND
upon the conditions hereinafter set forth.

Signed and sealed this _____ 9th _____ day of _____ MAY _____ KENT E. HOVIND _____ A.D. 20 01
on the 30 day of _____ MAY _____ Court in and for Escambia County, Florida, at _____ o'clock
M. on the 30 day of _____ MAY _____ A.D. 20 01
_____ VIOL FED. BUILDING CODE _____ 2001-02-003156D _____ to answer to the charge of _____

condition of the above obligation is such that if the said _____ KENT E. HOVIND
defendant shall appear before the _____ COUNTY _____ Court in and for Escambia County, Florida, at _____ o'clock

and shall appear from day to day and shall not depart the same without leave, said moneys so deposited shall be returned to the
undersigned depositor, else to be forfeited or estreated, by order of the above court.

Taken and approved by me this _____ 9 th
day of _____ MAY _____ A.D. 20 01

X Kent Hovind
Defendant

$129 cummings Rd.
Address

By _____ ERNIE LEE MAGAHA
(Title of Officer)
Escambia County, Florida

PAYEE COPY

Depositor

Address

1          MS. PELOTTE:  Just to give everybody a brief

2    overview of basically the write-up, I received the

3    complaint from Lynn Adams.  Myself and the building

4    official went to the above location and saw a large metal

5    structure in the back portion of the property.  At that

6    time we contacted the son of Mr. Kent Hovind, Eric Hovind,

7    his father happened to be not there at the time.  He

8    advised us to call Pastor Mooneyham.  At that time he

9    called Pastor Mooneyham for us.  Pastor Mooneyham at that

10   time allowed to us go and look at the building.

11         At that time the building was under partial

12   construction.  The outside was primarily done.  The inside

13   had no Sheetrock, the metal studs were visible, and the

14   electric wiring was also visible.  At that time it came

15   back to this office where several different correspondence

16   had gone back and forth between Mr. Foster and Mr. Mayo and

17   Mr. Hovind and Mr. Mooneyham.

18         Then it became -- the work did not stop.  They

19   did not come into compliance.  So on March 29th, myself and

20   a health department official went out to the location.  The

21   health department had also concerns referenced where the

22   building was placed; it was going to interfere with the

23   septic tank drain lines and things like that.  They were

24   also concerned because there could be a possible print shop

25   where they are distributing books and tapes on the premise

1   and they were concerned that the chemicals were going into

2   the septic tank.

3              When we went out there, we talked with

4   Mr. Kent Hovind.  He advised us that if we had any

5   questions we needed to contact Pastor Mooneyham, he could

6   not answer anything for us.

7              At that time I issued a 72-hour notice, which

8   is also in your copy, which gave him 72 hours to at least

9   start the process of obtaining the proper building permits.

10   After 72 hours nothing had been obtained, no efforts.  The

11   only thing we received was -- and this is also in your

12   handout there -- is a copy -- well, a faxed copy requesting

13   or basically stating that there was no unpermitted

14   construction on the property and that we had no

15   jurisdiction on that property.

16              So I went back out there on April 4th, again

17   myself and Scott Hale.  Notified Mr. Hovind that nothing

18   had been done.  We had a brief discussion of the fax that I

19   received.  I advised him that a fax was not sufficient as

20   to efforts to obtain the proper building permits for the

21   building being erected on the property.

22              I then issued a $50 citation for unpermitted

23   construction to Mr. Hovind.  At that time he refused to

24   sign the citation.  He did accept a copy and advised that

25   he was going to give it to Pastor Mooneyham.

Attachment "A"

Escambia County
**Building Inspections Department**
Contractor Licensing

Nº 2041

# VIOLATION NOTICE

| Location | | Zip | Date | Time | Zone |
|---|---|---|---|---|---|
| Residence - Howind | | | 3-29-01 | 2:30PM | |

Owner/Occupant/Agent/Contractor/Business | | Phone

| Address | | City | State | Zip |
|---|---|---|---|---|
| 29 Cummings Road | | Pensacola | FL | |

| D.O.B. | Race | HT | WT | D.L./ID/SS# | | State |
|---|---|---|---|---|---|---|

# CHARGE(S) / VIOLATIONS

Escambia County Ordinance #_____

Florida Administrative Code _____

Florida Statute # _____

X  Florida State Statute 125.56 - Unpermitted Construction.

Florida State Statute 489.127 - Unlicensed Contracting

Compliance:

You have 12 hours to contact the Escambia County Building Inspectors Department in order to obtain the proper building permits for the accessory structure at the above location

You are hereby notified to comply within Hrs. 12 Calendar Days_____ with the law or be subject to one of the following:
  ☒ Citation
  ☐ Appear before Competency Board
  ☐ Affidavit of Compliant filed with State Attorney's Office

3300 N. Pace Blvd.,
Suite 300
Pensacola, FL 32505     Signature of Respondent
Tel: (850) 595-3488
FAX: (850) 595-3401     Signature of Officer          ☒ 10/04



Attachment "I"



$F$ aith $B$ aptist $F$ ellowship

c°6 29 Cummings Rd
Pensacola, Florida state [32503]
Phone: 850-479-3466



April 2, 2001

Escambia Building Inspections Dept
Pensacola, Florida

RE: Violation Notice No. 2041

To Whom it may concern:

The violation listed above, and signed by employee/inspector #664, is void and of null effect for the
following reasons.

1. The location is listed as: Residence—Hovind. There is no residence at this property.
2. Violation—Florida Statute 125.56 - There is no unpermitted construction on this property.



Please contact Sr. Pastor Mooneyhan, or Pastor Hovind for further communication, who will be happy
to assist you, if needed.

OR

CALL FOR AN APPOINTMENT.

**Board of Elders**
**FAITH BAPTIST FELLOWSHIP**

*"... and exhort you that ye should earnestly contend for the faith
which was once delivered unto the saints." Jude verse 3*

*Attachment J*

## CITATION

NO 1211

### STATE OF FLORIDA, COUNTY OF ESCAMBIA

In the name of Escambia County, Florida: the undersigned certifies that he/she observed and further has just and reasonable grounds to believe, and does believe that on the ___14th___ day of ___November___ 2000. at ___2:00___ ☐ a.m. ☒ p.m.

Howard _____ Kent _____ E _____ Alias

| 29 | Cummings Rd | Pensacola FL | 32503 | (850) 479-3466 |
|---|---|---|---|---|
| Street Address | City | State | Zip Code | Phone Number |

Driver's License No _____ Yr./St. _____ Social Security No. _____ Birthdate _____

At (Location) ___29 Cummings Rd. Pensacola FL 32503___

In Escambia County, Florida, did commit the offense(s) in violation of Escambia County Ordinance No. ___90-4___ Offense # ___1___

___Unpermitted Construction F.S.S 175.516 / County Ord #90-4___  Civil Penalty $ 50.00

_____ Civil Penalty $_____

_____ Civil Penalty $_____

_____ Civil Penalty $_____

_____ Civil Penalty $_____

_____ Civil Penalty $_____

_____ Civil Penalty $_____

_____ Civil Penalty $_____

Total Civil Penalty $ 50.00

REASONABLE CAUSE SUMMARY:

On November 14 7am, Eric Howard advised that Bill Seaman and he were erecting a metal accessory structure and installing electrical wiring in the structure at 29 Cummings Rd. Pensacola FL. Eric Howard advised that building permits were not necessary since this structure was being built on church property. A permit search with the Escambia County Building Inspection Department revealed that no permits were obtained for the metal accessory structure at the above location

* SIGNATURE OF VIOLATOR: ___Refused to sign___          DATE: 4-4-01

☐ Request Hearing before Escambia County Contractor Competency Board. Please call 595-3488 to schedule the hearing.

I swear the above and attached statements are true and correct to the best of my knowledge and belief.

Sworn to the subscribed this ___4th___ day of ___April___ ___2001___.

Issued by (Officer) _____

*By signing this citation the violator is only acknowledging its receipt.          Date of Issue 4-4-01

### IMPORTANT INSTRUCTIONS

### I AGREE TO DO ONE OF THE FOLLOWING TWO THINGS:

1. If I want to admit to the violation, I will pay the civil penalty within ten (10) days, excluding legal holidays, of the date of this citation. If I pay the civil penalty, I understand I will be deemed to have admitted to a non-criminal infraction.

2. If I wish to contest the violation pursuant to procedures set out on the back of this citation, and after the hearing before the Competency Board I am found in violation of the previous of the ordinance, I shall be guilty of a non-criminal infraction punishable by a civil penalty of not less than the amount set forth on the citation but not more than $1,000 per day for each violation. I UNDERSTAND THAT IF I HAVE NOT PAID THE CIVIL PENALTY, AND FAIL TO REQUEST A HEARING, I SHALL WAIVE MY RIGHT TO CONTEST THE CITATION AND THAT JUDGEMENT MAY BE ENTERED AGAINST ME FOR AN AMOUNT UP TO $500.00

Checks should be made payable
M. C. Blanchard J
190 Governm
Pensacola,
(850)59:

**EXHIBIT**

D

Attachment "K"

## NOVEMBER 2000

| TUESDAY | WEDNESDAY | | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|
| | 1 | | 2 | **3** Kids Group 9:00 – 12:00 East Hill Christian School 5th Grade Classes (52) Tanya Smith: 476-3300 12:00 (Nov. 03) Radio Interview – KPRX Jerry Kuiper, 50 Min. KENT CALL: (858) 535-1530 Contact: Bruce Fox (858) 451-5683 ~Tr X –8 /M (14. Kids Group 5:00 – 7:00 PM Ethan Nutt's 11th Birnday Party Ages: 10-12½ Donella Nutt: 941-4381 Kent 2/0 ½ | **4** _Lv. 10.20 Am_ _ne_ |
| **7** ELECTION DAY 1:00 – 1:30 Lunch: Pick up Brother Eugene Kimmel (Missionary to Deaf) From mobile trailer behind Smyrna Bap. | **8** _Lv.5:00 Am_ | | **9** DEBATE    7:00 PM Vs. Dr. Joe Coles Pennruige High School 1228 N 5th Street Perkasie, PA 18944 (215) 257-4851 – Joe Baker (contact) | **10** _Arr. ?:?? PM_ | **11** VETERANS DAY REMEMBRANCE DAY (CANADA) _Lv. 7:00 Am_ WYCY Rally 12308 800-729-9889 Contact: Jim Schneider 414-935-5500 3434 West Kilbourn Avenue Milwaukee, WI 22904 LIVE ON AIR |
| **14** _Lv. by 2:00 PM_ Linda Merritt Homeschool Meeting Jefferson County High school 555 Tiger Ln. Monicello, FL 32344 (850) 997-0551    (7)  7:00 – Do Part 4 | **15** Pastor Cornelius Phillips New Life Christian Church/School 1945 Drewry Road Monroeville, AL 36460 (334) 575-2870    (200) Chapel 1:00 – 2:30 Church 6:00 -8:00 | | **16** 11:30 – Health Insurance meeting – w/ Dave from All American + family. | **17** Kids Group 9:00 – 12:00 Open Door Christian School Pauline Saunders: (334) 943-1693 5th – 8th Graders   (20) | **18** _Lv. 6:50AM_ Pastor Bondar Konstant Bethany Missionary Church 9880 Jackson Road Sacramento, CA 95827 (916) 480-9119    (3,000) Military Group: 1:00 – 4:00 Contact: Stan Lane 452-7406 *Eric show them around, then on their own. |
| **21** 12:00 Lunch Kent & Joe With Jeff and Audrey Johnson Kids Group 9:00 – 12:00 Golden Rule Christian School Janice Golden: 587-2113 K4 – 12th Grade   (25) | **22** | | **23** THANKSGIVING DAY | **24** | **25** |
| **28** | **29** Pastor Dallas Burdette Oakwood Hills Church 7330 US Hwy. 90 W DeFuniak Springs, FL 32433 (850) 892-2688    100+ | | **30** 12:00 Dave- All American 6:00 Olga Fisenkos | | |

October 2000
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

November 2000
S M T W T F S
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30

December 2000
S M T W T F S
1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

January 2001
S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

February 2001
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28

March 2001
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31