IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENT E. HOVIND,
    Plaintiff,

vs.                              Case No.:  3:06cv221/LAC/EMT

DONALD MAYO, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. §§ 1983, 1985, and 1986 (Doc. 1).  On July 31, 2006, this court entered an Order, Report and Recommendation (Doc. 11) recommending dismissal of some of the named Defendants and several of Plaintiff's claims.  Additionally, the court directed Plaintiff to show cause, within twenty (20) days, why his remaining claims against the remaining Defendants should not be dismissed as barred by the statute of limitations (*id.*).  The time for compliance with the show cause order has now elapsed with no response from Plaintiff.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this action against the remaining Defendants be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with an order of the court.

        At Pensacola, Florida, this 31st day of August 2006.

        /s/ *Elizabeth M. Timothy*
        **ELIZABETH M. TIMOTHY**
        **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**

Case No: 3:06cv221/LAC/EMT